Filed on 11/23/2015 9:21:57 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 9:25:26 AM
CHRISTOPHER A. PRINE
Clerk

November 23, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 971598
Trial Court Number: Three (3)

**Style:**

| BRANDON BAILEY | VS. | ADAM KLIEBERT |
| --- | --- | --- |
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** LINDA STOREY

**Appellant(s) Attorney:**
Steven D. Selbe, No. 18004600
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938
E-Mial: sselbe@gordonress.com

**Appellee(s) Attorney:**
Javier Marcos, Jr., No. 24028925
228 Westheimer Road
Houston, Texas 77006
Phone: (713) 528-7711
Fax: (713) 528-7710
E-Mail: N/A

Brandon Bailey, appellant, filed a Notice of Appeal on November 19, 2015 from the Final Judgment that was signed on August 21, 2015.

A Motion to Modify Judgment was filed on September 18, 2015

The Clerk's Record is due to your office on or before December 21, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

**1**

FILED
11/19/2015 3:03:55 PM
Stan Stanart
County Clerk
Harris County

CAUSE NO. 971598

| ADAM KLIEBERT | § | IN THE COUNTY COURT |
| Plaintiffs, | § | |
| | § | |
| vs. | § | AT LAW NO. 3 |
| | § | |
| BRANDON BAILEY | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Defendant Brandon Bailey hereby appeals from the Final Judgment signed and entered by the Court on August 21, 2015, in the above-styled and numbered lawsuit.

Attached as Exhibit "1" is the Local Rule Notice of and Assignment of Related Case in Appeals. Defendant appeals to either the First or Fourteenth Court of Appeals of Harris County, Texas.

Respectfully submitted,

GORDON & REES, LLP

By: _____

Steven D. Selbe
State Bar No. 18004600
sselbe@gordonrees.com
Heidi Gumienny
State Bar No. 24036696
hgumienny@gordonrees.com
1900 West Loop South, Suite 1000
Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

ATTORNEYS FOR DEFENDANT
BRANDON BAILEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel identified below, via certified mail return receipt requested on this the 19th day of November, 2015:

Mr. Javier Marcos, Jr.
Law Offices of Marcos & Associates, PC
228 Westheimer Road
Houston, TX 77006

John Ramsey
Ramsey Law Group
8584 Katy Freeway, Suite 105
Houston, Texas 77024

STEVEN D. SELBE

1066263/25559906v.1

3

| ADAM KLIEBERT | § | IN THE COUNTY COURT |
|---|---|---|
| Plaintiffs, | § | |
| | § | |
| vs. | § | AT LAW NO. 3 |
| | § | |
| BRANDON BAILEY | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

### Local Rule Notice of and Assignment of Related Case in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

1. None

Dated November 19, 2015.

Respectfully submitted,

GORDON & REES, LLP

By: _____
Steven D. Selbe
State Bar No. 18004600
sselbe@gordonrees.com
Heidi Gumienny
State Bar. No. 24036696
hgumienny@gordonrees.com
1900 West Loop South, Suite 1000
Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

ATTORNEYS FOR DEFENDANT
BRANDON BAILEY

EXHIBIT 1

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel identified below, via certified mail return receipt requested on this the 19th day of November, 2015:

Mr. Javier Marcos, Jr.
Law Offices of Marcos & Associates, PC
228 Westheimer Road
Houston, TX 77006

John Ramsey
Ramsey Law Group
8584 Katy Freeway, Suite 105
Houston, Texas 77024

_____
STEVEN D. SELBE

1066263/25570443v.1

5



# "CLOSED"

## NO. 971598

| | | |
|---|---|---|
| KLIEBERT DEVELOPMENT, LLC | § | IN THE COUNTY COURT AT LAW |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 3 |
| | § | |
| BRANDON BAILEY | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

### JUDGMENT

On the 3rd day of August, 2015, the Court called the above styled and numbered case to trial. Plaintiff, KLIEBERT DEVELOPMENT, LLC; and Defendant, *BRANDON BAILEY* appeared through their attorneys of record and announced ready for trial. The Court impaneled and swore the jury, which heard the evidence and arguments of counsel. Both parties having rested, the Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed and entered of record. Plaintiff moved for judgment on the verdict and Defendants did not object to the form of the verdict. The court considered the motion and renders judgment for Plaintiff, KLIEBERT DEVELOPMENT, LLC, and against Defendant, *BRANDON BAILEY*. It is therefore:

ORDERED that Plaintiff, KLIEBERT DEVELOPMENT, LLC, recover from Defendant, *BRANDON BAILEY*, the principle sum of $50,000.00 (Fifty Thousand Dollars and no/100) as past compensatory damages. It is further,

ORDERED that Plaintiff, KLIEBERT DEVELOPMENT, LLC, have and recover from Defendant, *BRANDON BAILEY*, the sum of $20,000.00 (Twenty Thousand Dollars and no/100) as attorney's fees, plus an additional $20,000.00 (Twenty Thousand Dollars and no/100) if this case is appealed to the Court of Appeals and Plaintiff prevails, plus an additional $20,000.00 (Twenty

6

Thousand Dollars and no/100) if this case is appealed to the Texas Supreme Court and Plaintiff prevails. It is further,

ORDERED that Plaintiff, KLIEBERT DEVELOPMENT, LLC, recover from Defendant, *BRANDON BAILEY*, prejudgment interest on the total sum of compensatory damages calculated to be $13,000.00 (Thirteen Thousand Dollars and no/100) calculated at the rate of 5% per annum from 180 days from when Defendant, *BRANDON BAILEY*, received written notice of the claim until day before Judgment rendered. It is further,

ORDERED that Plaintiff, KLIEBERT DEVELOPMENT, LLC, recover from Defendant, *BRANDON BAILEY*, post-judgment interest on the total sum of all damages at the rate of 5% per annum, from date of judgment until collected. It is further,

ORDERED that all court costs incurred herein be taxed against Defendant, *BRANDON BAILEY*, in the sum of $668.00 (Six Hundred Sixty-Eight Dollars and 00/100). It is further,

ORDERED that execution be issued for this judgment for Plaintiff, KLIEBERT DEVELOPMENT, LLC, and against Defendant, *BRANDON BAILEY*. It is further,

ORDERED that all relief not granted in this judgment is denied.

This disposes of all claims of all parties and is a final, appealable judgment.

SIGNED on _____ **AUG 2 1 2015** _____.

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:


Javier Marcos, Jr.
Law Office of Marcos & Associates, P.C.
228 Westheimer Road
Houston, TX 77006
Tel: (713) 528-7711
Fax: (713) 528-7710
     and
John C. Ramsey
Joel B. Pardo
RAMSEY LAW GROUP, P.C.
8584 Katy Fwy., Suite 105
Houston, TX 77024
Phone: (713) 489-7577
Fax: (888) 858-1452
Attorneys for Plaintiff Kliebert Development, LLC


Steven D. Selbe
Attorney for Defendants *BRANDON BAILEY*
Gordon & Rees LLP
1900 West Loop South, Suite 1000
Houston, Texas 77027
Tel: (713) 961-3366
Fax: (713) 961-3938